UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KRISTINA HAGGERTY,
Individually and on behalf of all others similarly situated,
Plaintiffs,

v.

RELIANT PRO REHAB LLC, d/b/a
RELIANT REHAB,
Defendant.

Case No:   1:22-cv-11329-WGY

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

THIS MATTER came before the Court upon Plaintiff's Unopposed Motion for Approval of Collective Action Settlement.  Having reviewed the Motion and all accompanying papers, and the Court being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

The Motion is GRANTED.  The Court finds that the Settlement reached by the parties in this FLSA action is fair, reasonable, and just resolution to a *bona fide* dispute of wage claims.

1. The Settlement Agreement and all of its terms are APPROVED, \*\*\*as modified.

2. This Action is DISMISSED WITH PREJUDICE.

3. Without affecting the finality of this Order in any way, this Court RETAINS JURISDICTION over the parties to this action for the purpose of the administration and enforcement of the Settlement until the conclusion of the settlement administration process.

So ORDERED this 14th day of December, 2023.

/s/ William G. Young
Hon. William G. Young
United States District Judge

\*\*\*   save only that the attorney's fees shall be one third of the net after all awards, costs, expenses, and administration fees.